UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------X

LOUIS MURRAY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,
CONSOLIDATED RAIL CORPORATION, and
AMERICAN FINANCIAL GROUP, INC.,
f/k/a AMERICAN PREMIER UNDERWRITERS, INC.
f/k/a PENN CENTRAL CORPORATION,

    Defendants

---------------------------------------------------X

FILED
Nov 17  2 35 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CIVIL ACTION
NO. 3:02CV01882 (JBA)

NOVEMBER 13, 2003

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to any parties.

PLAINTIFF, LOUIS MURRAY

By _____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

DEFENDANT, METRO-NORTH
RAILROAD COMPANY,

By _____
Anthony D. Sutton, (ct20607)
RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut 06905
(203) 357-9200

DEFENDANTS, CONSOLIDATED RAIL
CORPORATION AMERICAN FINANCIAL
GROUP, INC., f/k/a AMERICAN PREMIER
UNDERWRITERS, INC., f/k/a PENN CENTRAL
CORPORATION,

By _____
Lori A. McCarthy (ct19557)
FLYNN & ASSOCIATES, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109
(617) 722-8253


